## CHICKASHA NAT. BANK v. MAY *et al.*

No. 5356. Opinion Filed September 21, 1915.

(151 Pac. 1074.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error files no brief, and assigns no reason for failure to do so, the appeal will be considered as abandoned, and under rule 7 of this court dismissed.

(Syllabus by Brett, C.)

*Error from District Court, Grady County;*
*Frank M. Bailey, Judge.*

Action by Jim Fitzpatrick and others against Lee May and others. Judgment for plaintiffs, and the Chickasha National Bank brings error. Dismissed.

*F. E. Riddle,* for plaintiff in error.

Opinion by BRETT, C. This action was commenced in the district court of Grady county by James Fitzpatrick *et al.* against Lee May *et al.,* the trial of which resulted in judgment in favor of the plaintiffs, from which

judgment Chickasha National Bank appeals. The appeal was filed in this court July 11, 1913. The cause was duly submitted on the record September 13, 1915.

Plaintiff in error has filed no brief, and assigned no reason for failure to file brief, and the appeal will be considered as abandoned by the plaintiff in error. The appeal should be dismissed.

By the Court: It is so ordered.